```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                              **CRIMINAL ACTION NO. 2:04-00017**

**JEROME SAUNDERS**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On November 6, 2012, the United States of America appeared by William B. King, II, Assistant United States Attorney, and the defendant, Jerome Saunders, appeared in person and by his counsel, George H. Lancaster, Jr., Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by Supervising United States Probation Officer Keith E. Zutaut, the defendant having commenced a four-year term of supervised release in this action on April 1, 2011, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on February 25, 2005.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) that the defendant possessed with intent to deliver crack cocaine for which he was arrested on June 5, 2011, at which time he was found to be in possession of 12.1 grams of crack cocaine, a scale and a small amount of marijuana, and to which he pled guilty on October 27, 2011, in the Circuit Court of Kanawha County, West Virginia, the defendant having received a sentence of 1 to 5 years, from which he was paroled on or about October 9, 2012; and (2) that the defendant left the judicial district without permission of the probation officer inasmuch as he left the Southern District of Ohio where he was residing and being supervised, as evidenced by his arrest on June 5, 2011, in the Southern District of West Virginia; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense, the intervening conduct of the defendant and after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWENTY-FOUR (24) MONTHS. The court imposes the remaining balance of the $1,000.00 fine in the amount of $162.67.

The defendant was remanded to the custody of the United States Marshal.

**Recommendation**: The court recommends that the defendant be designated to FCI Gilmer.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: November 8, 2012

John T. Copenhaver, Jr.
United States District Judge